IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-932 C |
| | ) | Senior Judge Smith |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Andrew Hunter_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Andrew Hunter
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

                        /s/ Andrew Hunter
                        ANDREW HUNTER
                        Trial Attorney
                        Commercial Litigation Branch
                        Civil Division
                        Telephone: (202) 305-4726
                        Facsimile:  (202) 305-8624
                        Email: Andrew.Hunter@usdoj.gov

Dated: October 6, 2017